**1**
**2**
**3**
**4**
**5**
**6**
**7**
**8** UNITED STATES DISTRICT COURT
**9** CENTRAL DISTRICT OF CALIFORNIA
**10**

| | |
|---|---|
| NOOR HUSSAIN, | CASE NO. 5:19-CV-00564 JVS (SK) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

4821-8399-3011.1

1

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | Good cause appearing therefor from the stipulation of the parties |
| 2 | IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, with |
| 3 | the parties to bear their own costs and attorney fees. |
| 4 | IT IS FURTHER ORDERED that that any documents, reports, exhibits, etc. |
| 5 | produced or disclosed pursuant to the Stipulated Protective Order (ECF Document |
| 6 | 27) shall remain protected by such Order. |

DATED: February 27, 2020

Hon. James V. Selna
United States District Court